**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00985-ADA** |
| **DEVELOPMENT,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CANON, INC.,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER OF DISMISSAL**

The Court having considered the Joint Stipulation of Dismissal, and being duly advised,

HEREBY ORDERS THAT:

- WSOU's claims for direct and indirect infringement of the '738 Patent against Canon based solely on Canon's EF-M 28mm f/3.5 Macro IS STM lens for EOS M series digital cameras and any other Canon product with a fixed focal length lens ("Dismissed Products") shall be dismissed WITH PREJUDICE;

- WSOU's claims for direct and indirect infringement of the '738 Patent that WSOU has or may have in the future, including any claims of past, present, or future infringement of the '738 Patent against Canon and/or any of Canon's affiliates, subsidiaries, customers, or partners with respect to any Canon products and/or services other than the Dismissed Products, shall be dismissed WITHOUT PREJUDICE;

- WSOU reserves and does not waive any rights or defenses as to WSOU's patent infringement claims against Canon in other actions, including, but not limited to the claims

concerning: (1) U.S. Patent No. 7,054,346 in Case No. 6:20-cv-00980-ADA; (2) U.S. Patent No. 7,116,714 in Case No. 6:20-cv-00981-ADA; and (3) U.S. Patent No. 8,588,537 in Case No. 6:20-cv-00982-ADA; and

- Each party will bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.


SIGNED this _____ day of April, 2021.


_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE